UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLYN MAYE,

    Plaintiff,                                              Case No.: 8:18-cv-1486-JSM-TGW

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Carolyn Maye ("Plaintiff"), and Defendant, Navient Solutions, LLC ("Defendant"), by and through the undersigned counsels of record, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Voluntary Dismissal. Plaintiff agrees to dismiss the instant action against Defendant with prejudice.

    Dated this 11th day of March 2019.

| | |
|---|---|
| /s/ *Christopher Legg* | /s/ *Aliza Malouf* |
| Christopher W. Legg, Esq. | Aliza Malouf, Esq. |
| Florida Bar No. 44460 | Florida Bar No. 1010546 |
| Christopher W. Legg, P.A. | Hunton Andrews Kurth LLP |
| 499 E. Palmetto Park Rd., Ste. 228 | 1445 Ross Avenue, Suite 3700 |
| Boca Raton, FL 33432 | Dallas, Texas 75202 |
| Telephone: 954-962-2333 | (214) 979-8229 |
| Chris@theconsumerlawyers.com | amalouf@huntonak.com |
| | |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                           /s/ *Christopher Legg*
                                                           Christopher W. Legg, Esq.