UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLYN MAYE,

    Plaintiff,

v.                                                                                                          Case No: 8:18-cv-1486-T-30TGW

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Voluntary Dismissal with Prejudice (Dkt. 20). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions, if any, are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of March, 2019.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record